# Third District Court of Appeal
## State of Florida

Opinion filed March 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2019
Lower Tribunal No. F93-36795
_____

**Wilbur L. Mitchell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Wilbur L. Mitchell, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Mitchell v. State, 327 So. 3d 411, 411-12 (Fla. 3d DCA

2021) (dismissing prior habeas corpus petition raising same argument); Mitchell v. State, 317 So. 3d 1144 (Fla. 3d DCA 2021) (table) (affirming denial of 3.800 claim raising same argument); Mitchell v. State, 689 So. 2d 1118, 1120 (Fla. 3d DCA 1997) (affirming court's reclassification of Mitchell's manslaughter conviction to first degree felony for use of firearm).